UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Helen M. McGee,

Plaintiff,

v.

City of Minneapolis, et al.,

Defendants.

Civil No. 00-900 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by August 1, 2000, except that motions to amend to seek punitive damages may be made no later than April 1, 2001.

b. All discovery shall be commenced in time to be completed by April 1, 2001.

c. No more than 75 interrogatories, including all discrete subparts, shall be served by any party.

d. No more than 25 Requests for Admission shall be served by any party.

e. No more than 50 Document Requests shall be served by any party.

f. No more than 20 depositions shall be taken by any

JUN 01 2000
~~MAY 3 1 2000~~
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

party.

g. No more than one Rule 35 medical examination, per field of expertise, shall be taken and shall be completed on or before December 1, 2000.

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by May 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before April 1, 2001.

2) By Defendant(s) on or before April 5, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before May 1, 2001.

2) By defendant(s) on or before May 15, 2001.

c. Each party may depose expert witnesses on or before July 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2001.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

   a. This case shall be ready for trial on and after August 1, 2001, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 7 trial days.

DATED: June 1, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge