**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Helen M. McGee, an individual,**

**Plaintiff,**

**v.**

**Officer Bohnsack, and Officer Kocher individually and in their official capacities, and City of Minneapolis, a municipality,**

**Defendants.**

**Court File No.: 00-CV-900 (FLN/JMR)**

**STIPULATION OF DISMISSAL AGAINST OFFICER BOHNSACK AND OFFICER KOCHER, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS MINNEAPOLIS POLICE OFFICERS**

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendants Mark Bohnsack and Jeremiah Kocher, individually and in their capacities as a Minneapolis Police Officers may be and are hereby dismissed on their merits with prejudice, but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendants.

Dated: 2/27/01

Toni Michelle Jackson

TONI MICHELLE JACKSON
Attorney Reg. No. 220048
LATEESHA WARD
Attorney Reg. No. 218030
Jackson & Ward, L.L.C.
2520 Park Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff

Dated: 2/28/01

JAY M. HEFFERN
City Attorney
By Susan L Walgrave

SUSAN L. WALGRAVE
Attorney Reg. No. 0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402
Attorneys for Defendants

MAR 1 9 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Helen M. McGee, an individual,

Plaintiff,

v.

Officer Bohnsack, and Officer Kocher individually and in their official capacities, and City of Minneapolis, a municipality,

Defendants.

Court File No.: 00-CV-900 (FLN/JMR)

ORDER DISMISSING, WITH PREJUDICE, OFFICERS MARK BOHNSACK AND JEREMIAH KOCHER, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS MINNEAPOLIS POLICE OFFICERS

ORDER

Pursuant to the stipulation of the parties, the Court hereby dismisses, with prejudice and on their merits, but without cost to either party, all claims against Officers Mark Bohnsack and Jeremiah Kocher, individually and in their official capacities as Minneapolis Police Officers.

BY THE COURT

Dated: March 19, 2001

JAMES M. ROSENBAUM
United States District Court Judge