**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Helen M. McGee, an individual,**

**Plaintiff,**

**v.**

**City of Minneapolis,**
**a municipality,**

**Defendant.**

**Court File No.: 00-CV-900 (FLN/JMR)**

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**ORDER**

Pursuant to the stipulation of the parties, the Court hereby dismisses, with prejudice and on their merits, but without cost to either party, all claims against the City of Minneapolis.

BY THE COURT

Dated: March 20, 2001

JAMES M. ROSENBAUM
United States District Court Judge

MAR 2 1 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Helen M. McGee, an individual,**

**Plaintiff,**

**v.**

**City of Minneapolis,**
**a municipality,**

**Defendant.**

**Court File No.: 00-CV-900 (FLN/JMR)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled matter having been fully compromised and settled, the parties by and through their undersigned attorneys hereby stipulate and agree that the above matter shall be and is dismissed with prejudice, but without cost to either party.

Dated: 3/9/01

Toni Michelle Jackson

TONI MICHELLE JACKSON
Attorney Reg. No. 220048
LATEESHA WARD
Attorney Reg. No. 218030
Jackson & Ward, L.L.C.
2520 Park Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff

Dated: 3/12/01

JAY M. HEFFERN
City Attorney
By Susan L Walgrave

SUSAN L. WALGRAVE
Attorney Reg. No. 0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402
Attorneys for Defendants